UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 21-cv-82170-SMITH/MATTHEWMAN

MICHAEL MOTTA,

    Plaintiff,

vs.

SAFETY FIRST LABS LLC,
Florida Limited Liability Company,
FARFROMBORING PROMOTIONS.COM, LLC,
Florida Limited Liability Company, and
DAVID MORRISON, individually,

    Defendants.
_____/

**U.S. MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
ON FLSA SETTLEMENT**

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice as to Individual Defendant David Morrison Only ("Joint Motion") [DE 41]. The Honorable Rodney Smith, United States District Judge, entered an Order referring the fairness hearing to the undersigned United States Magistrate Judge. *See* DE 8.

On March 15, 2022, the parties submitted their Settlement Agreement and Mutual Release for *in camera* review. The Court conducted a fairness hearing on March 21, 2022, during which the Undersigned heard from Plaintiff's counsel and Defendant David Morrison's counsel regarding the fairness of the settlement of Plaintiff's claim alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*

The Court has reviewed the Joint Motion, the parties' Settlement Agreement and Mutual

1

Release, and the entire file in this case, has considered all of the factors outlined in *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982), and is otherwise fully advised in the premises. The Court finds that the settlement in this case represents a genuine compromise of a bona fide dispute. Defendant David Morrison has agreed to pay Plaintiff more than he believes Plaintiff is due under the law. Plaintiff is being paid well prior to the trial date. Both parties have agreed to settle due to reasonable strategic and financial considerations. The undersigned further finds that the settlement, including the attorney's fees and costs, reached by the parties represents a reasonable compromise by both sides and is fair and reasonable.

Accordingly, the undersigned **RESPECTFULLY RECOMMENDS** that Judge Smith find that the parties' settlement agreement is fair and reasonable, grant the Joint Motion [DE 41], approve the settlement, and dismiss this action with prejudice solely against Defendant David Morrison. The Undersigned also recommends that Judge Smith reserve jurisdiction to enforce the terms of the parties' settlement.

## NOTICE OF RIGHT TO OBJECT

The parties shall have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with United States District Judge Rodney Smith. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

**RESPECTFULLY SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of March, 2022.

WILLIAM MATTHEWMAN
United States Magistrate Judge