UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-82170-CIV-SMITH

MICHAEL MOTTA,

    Plaintiff,

vs.

SAFETY FIRST LABS LLC, *ET AL.*,

    Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the U.S. Magistrate Judge's Report and Recommendation on FLSA Settlement [DE 44], in which he recommends approving the settlement between Plaintiff and Defendant David Morrison. No objections have been filed. Having reviewed, *de novo*, the Magistrate Judge's Report and Recommendation and the record, and given that there are no objections, it is

**ORDERED** that:

1) U.S. Magistrate Judge's Report and Recommendation on FLSA Settlement [DE 44] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) The Joint Motion for Approval of the Parties' Settlement Agreement and Dismissal with prejudice as to Individual Defendant David Morrison Only [DE 41] is **GRANTED.** The Settlement Agreement is approved.

3) Plaintiff's claims against Defendant David Morrison are **DISMISSED.** Defendant David Morrison is **DISMISSED with prejudice.**

4) The Court shall retain jurisdiction to enforce the Settlement Agreement through **July 1, 2022**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 6th day of April, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record